IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00012-MJW

GEORGE HOLLOWAY,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      Pursuant to the agreement of the parties (as stated in Docket No. 14 ¶ 1) and following the Court's own weighing of the factors outlined in *Texas Gulf Sulfer Co. v. Ritter*, 371 F.2d 145, 147 (10th Cir. 1967), it is hereby ORDERED that:

- Defendant's Motion and Memorandum Brief to Transfer Pursuant to 28 U.S.C. § 1404 and D.C.Colo.LCivR 7.1(a) **(Docket No. 14)** is GRANTED; and

- The Clerk of Court is directed to TRANSFER this case to the U.S. District Court for the District of Arizona.

Date: March 20, 2015